Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ☒

_____ Division

Clyde Richards

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Gloriangeli Calero

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 8:23-cv-820-KKM-CPT
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Clyde Richards |
   | Address | 565 Cody Caleb Dr |
   | | Winter Haven, FL 33884 |
   | | *City / State / Zip Code* |
   | County | Polk County |
   | Telephone Number | 310 699 0358 |
   | E-Mail Address | clyderichards@outlook.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Gloriangeli Calero |
   | Job or Title *(if known)* | Winter Haven Police Officer |
   | Address | 125 N S Lake Silver Dr |
   | | NW, Winter Haven, FL 33881 |
   | | *City / State / Zip Code* |
   | County | Polk County |
   | Telephone Number | 863 291 5858 |
   | E-Mail Address *(if known)* | |

   [ ] Individual capacity  [✔] Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | |
   | Job or Title *(if known)* | |
   | Address | |
   | | *City / State / Zip Code* |
   | County | |
   | Telephone Number | |
   | E-Mail Address *(if known)* | |

   [ ] Individual capacity  [ ] Official capacity

Defendant No. 3
  Name _____
  Job or Title *(if known)* _____
  Address _____
  _____
  *City*      *State*      *Zip Code*
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name _____
  Job or Title *(if known)* _____
  Address _____
  _____
  *City*      *State*      *Zip Code*
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  4th Amendment of the United States Constitution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Officer Calero maliciously arrested and charged me under the color of:
Florida Statute, Chapter 901.15(9)(a) for a violation of 784.03(1)(a)(1) Battery, a misdeaminor of the First degree, without probable cause

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

565 Cody Caleb Dr
Winter Haven, FL 33884

B. What date and approximate time did the events giving rise to your claim(s) occur?

01/08/2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see additional pages

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. I am requesting that the court issue a preliminary injunction on Officer Calero to presurve the status quo.
2. I am requesting that the court issue an order to suppress all evidence that Officer Calero used to support her actions on the day in question because they were obtained illegally in the first place.
3. I am seeking monitary damages in the sum of $11,000,000 (Eleven Million USD) for mental and emotional distress; diminished quality of life; damage reputation

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ~~01/22/2023~~ 4/14/2023

Signature of Plaintiff: [signed]

Printed Name of Plaintiff: Clyde Richards

### B. For Attorneys

565 Cody Caleb Dr    (310)699 0358
Winter Haven, FL 33884

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
   City    State    Zip Code
Telephone Number: _____
E-mail Address: _____

*Continuation of Complaint Against*

Winter Haven Police Officer *Gloriangeli Calero W683* for:

Malicious Prosecution; Unlawful Seizure; and Arrest Without Probable Cause

Trial Court Case No. 53-2023-MM-000165-A000-WH

Agency Case No. WHPD 2023-000137

Division M7

*Disposition: NO Bill*

---

On the night of January $7^h$, 2023, or the very beginning of the day on January 8th, approximately five Winter Haven Police Officers arrived at my residence at 565 Cody Caleb Dr, in respond to a 911 call that was placed by my fiancé Marcia Reddon amid a mental crisis

I was sitting on a red chair by the front door with the door open, as I wanted to be in plain view when the Police arrive, so I was not perceived as a threat in any way. On their arrival, I was asked by one of the officers to show my hands, and I did. I was then asked to step outside, and I did. I was asked what's going on, and I told the officers that nothing was going on but that I wanted to leave the house and that Miss Reddon must have hidden the keys to my car.

I made it clear to the officers that Ms. Reddon suffers from depression and was going through a crisis at the time. I told the officers that at one point I was heading to the door to leave the house because I was hungry and wanted to get something to eat, and that she grabbed me around my waist area to prevent me from leaving. Afterwards, officer Elaine Phillips W580, asked me "when she grabbed you, was it against your will"? In response, I told the officer that I had no problem with what Ms. Reddon did because she wasn't trying to do anything to hurt me.

I was asked to stand at the front end of my SUV which was parked in the driveway. I was at the side where the front door of the house was. My son Bryce came outside to be with me. For

the most part I had Bryce lifted in my arms and was talking to him, but I was still communicating with the officers.

At one point officer Calero approached me and asked me "where did you say she (Ms. Reddon) hit you again? and I said, "I never told you that she hit me in the first place, and please don't say things that I didn't say." Officer Calero handed me a complaint form with a pen and said that I should write a report saying what had happened. I asked the officer what the report is for, and she told me that Ms. Reddon was writing one and they will be used in court. I told the officer that I wasn't going to write a report because there was nothing to write about. It was within this conversation that I realized that officer Calero said that she was going to arrest Ms. Reddon, and when she attempted to ask me another question, I told her that I would not be speaking anymore.

I did not have any further conversation with any of the officers. I did not answer any questions from the police for the rest of the time. Officer _____ then ordered me to place my hands behind me, and he handcuffed me. I had no shoes on, so he went inside the house and got two different feet of my flip flops to combine to make a pair. Even prior to that, he was trying to find my eyeglasses, my car keys and my wallet with my identification card. I did receive my glasses when Officer Calero came out ordering me to write a proport.

I was placed in the back of the police car in front of my home for approximately forty-five minutes. During the time I observed officer Calero and other officers that I could not identify from my vantage point, knocking on the doors of a few neighbors explaining to those neighbors that Ms. Reddon and I will be going to jail and if they were able to accommodate our son while we were locked up. All the neighbors answered in the negative for some reason or other.

I was taken to jail in the early hours of January 8th, 2023, and was released on January 12th, 2023, pursuant to a no bill. Upon release, I realized that I was not able to get a taxi or to call anyone to take me home because I did not have my wallet or phone as officer _____ had informed me that neither my phone, my keys, nor wallet was found inside my home. I was ultimately driven to and dropped off at the Barto Court house at 1am on the morning of the thirteenth of January where it was below fifty degrees and raining. I had to find a dark spot in a neighborhood and ball myself up and pray that I didn't die from the cold, until a young immigrant from Honduras woke me up and say that I was welcome to sleep on his sofa until the morning. In the morning he gave me $1.75 in quarters and drove me to the bus stop.

I rode a bus to Downtown Winter Haven and had to walk approximately 6 miles from the bus station to my home. When I got home, I had to break a window to get inside, where I discovered my house and car keys on the console table by the front door and my wallet on a chair in the living room